**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 31, 2018.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-18-00244-CV

---

**GLEN HARGE, Appellant**

**V.**

**ZACHARIAH SAKAKKAH AND EDWIN VILLANUEVA, Appellees**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-02955**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed March 5, 2018. On May 16, 2018, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Wise, and Jewell.